UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAMARI WILLIAM SINGLETON,<br><br>   Petitioner,<br><br>  v.<br><br>U.S. MARSHALS, and others,<br><br>   Respondents. | Case Nos. 5:23-cv-04140 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

  In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Beth Labson Freeman for consideration of whether the case is related to 5:16-cr-00518 BLF, *United States of America v. Damari William Singleton.*

  **IT IS SO ORDERED.**

Dated: August 21, 2023

              _____
              NATHANAEL M. COUSINS
              United States Magistrate Judge

Case No. 23-cv-04140 NC
SUA SPONTE JUDICIAL REFERRAL