UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMARI WILLIAM SINGLETON,<br>Petitioner,<br>v.<br>U.S. MARSHALS, et al.,<br>Respondents. | Case No. 23-cv-04140 BLF (PR)<br><br>**JUDGMENT** |

For the reasons set forth in the Court's Order of Dismissal, judgment is entered in favor of Respondent.

The Clerk shall close the case and terminate all pending motions.

**IT IS SO ORDERED.**

Dated: _October 10, 2023_____

_____
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\HC.23\04140Singleton.judgment