UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMARI WILLIAM SINGLETON,<br>　　　　Petitioner,<br>　　v.<br><br>U.S. MARSHALS, et al.,<br>　　　　Respondents. | Case No. 23-cv-04140 BLF (PR)<br><br>**JUDGMENT** |

　　　For the reasons set forth in the Court's Order of Dismissal, judgment is entered in favor of Respondent.

　　　The Clerk shall close the case and terminate all pending motions.

　　　**IT IS SO ORDERED.**

Dated: _October 10, 2023_____　　　　　　　/s/ Beth Labson Freeman_____
　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\HC.23\04140Singleton.judgment