UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAMARI WILLIAM SINGLETON, | Case No. 23-cv-04140 BLF (PR) |
|---|---|
| Petitioner, | |
| v. | **ORDER DENYING EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AS MOOT** |
| U.S. MARSHALS, et al., | |
| Respondents. | (Docket No. 12) |

On October 10, 2023, the Court dismissed this 28 U.S.C. § 2241 petition, challenging the Federal Bureau of Prisons' ("BOP") calculation of Petitioner's sentence and custody status for failure to state a claim and for failure to exhaust administrative remedies. Dkt. No. 10. Judgment was entered the same day. Dkt. No. 9.

Petitioner filed an emergency motion for preliminary injunction, to prevent the U.S. Marshals from transferring him to the BOP until this matter is completed. Dkt. No. 12 at 4. The motion was signed on October 9, 2023, and filed on October 16, 2023. *Id.* at 5.

The motion is DENIED as moot since the Court has dismissed the petition for the reasons stated in the order of dismissal and this matter is concluded. Dkt. No. 10.

This order terminates Docket No. 12.

**IT IS SO ORDERED.**

Dated: ___October 20, 2023____

BETH LABSON FREEMAN
United States District Judge

Order Denying Mot as Moot
PRO-SE\BLF\HC.23\04140Singleton.deny.PI(moot)